IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTHA BIGGS,<br>　　*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | § | C.A. NO. 3:10-CV-01847-M |
| | §<br>§ | |
| CAJUN OPERATING COMPANY<br>D/B/A CHURCH'S CHICKEN,<br>*Defendant.* | §<br>§ | |

## **DEFENDANT CAJUN OPERATING COMPANY'S D/B/A CHURCH'S CHICKEN'S TRIAL WITNESS LIST**

Defendant Cajun Operating Company d/b/a Church's Chicken's ("Defendant") makes the following designation of Trial Witnesses who may testify live or by oral deposition at the trial of this cause. The Designation of Trial Witnesses are based upon information reasonably available to Defendant, at this time and may be supplemented as appropriate and to the extent required by the Federal Rules of Civil Procedure.

Respectfully submitted,

**GRAU-KOEN, P.C.**


*/k/ Karl W. Koen*
**KARL W. KOEN**
State Bar No. 11652275
*kkoen@graukoen.com*

**ROBERT J. COLLINS**
State Bar No. 24031970
*rcollins@graukoen.com*

2711 North Haskell Avenue, Suite 2000
Dallas, Texas  75204
(214) 521-4145
(214) 521-4320 – Facsimile

**ATTORNEYS FOR DEFENDANT
CAJUN OPERATING COMPANY
D/B/A CHURCH'S CHICKEN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record pursuant to the Federal Rules of Civil Procedure, as indicated below, on this the 31st day of October, 2011.

**Via ECF**
Ms. Kristina N. Kastl
Kastl Law, P.C.
4144 North Central Expressway, Suite 640
Dallas, Texas 75204

*/k/ Karl W. Koen*
**KARL W. KOEN**

| WITNESS NAME | DEPOSITION TAKEN | SUBJECT OF INFORMATION | PROBABLE | POSSIBLE | EXPERT | RECORD CUSTODIAN |
|---|---|---|---|---|---|---|
| Corporate Representative of Cajun Operating Company d/b/a Church's Chicken | No | Will have knowledge of the units of chicken sold on the day of the alleged incident and lack of complaints by any store patron in and around the dates of Plaintiff's alleged complaint | X | | | |
| Jeanette Kincaid | No | Plaintiff's daughter | X | | | |
| Thomas K. Weaver | No | Plaintiff's son | X | | | |
| Melba R. Weaver | No | Plaintiff's daughter-n-law | | X | | |
| Ryan Heise, M.D. | No | Plaintiff's treating physician | | | X | |
| Doctors, Nurses, Agents, representatives, employees and/or Custodian of Records for Gulf States LTAC of Dallas | No | Plaintiff's treating physician | | | X | X |
| Bonnie Floyd, M.D. | No | Plaintiff's treating physician | | | X | |

| WITNESS NAME | DEPOSITION TAKEN | SUBJECT OF INFORMATION | PROBABLE | POSSIBLE | EXPERT | RECORD CUSTODIAN |
|---|---|---|---|---|---|---|
| Doctors, Nurses, Agents, representatives, employees and/or Custodian of Records for Floyd Cardiology Associates | No | Plaintiff's treating physician | | | X | X |
| Wajiuddin Khalfe, M.D | No | Plaintiff's treating physician | | | X | |
| Agents, Representatives, employees and/or Custodian of Records for Hunt Regional Medical Center | No | Plaintiff's treating physician | | | X | X |
| Doctors, Nurses, Agents, representatives, employees and/or Custodian of Records for Presbyterian Hospital of Dallas | No | Plaintiff's treating physician | | | X | X |

| WITNESS NAME | DEPOSITION TAKEN | SUBJECT OF INFORMATION | PROBABLE | POSSIBLE | EXPERT | RECORD CUSTODIAN |
|---|---|---|---|---|---|---|
| Doctors, Nurses, Agents, representatives, employees and/or Custodian of Records for Texas Colon & Rectal Surgeons | No | Plaintiff's treating physician | | | X | X |
| Doctors, Nurses, Agents, representatives, employees and/or Custodian of Records for Legends Rehab Center | No | Plaintiff's treating physician | | | X | X |
| Mandy Richmond | No | Employee of City of Garland Health Department | | X | | |
| Custodian of Records for City of Garland Health Department | No | Information concerning Defendant's restaurant | | X | | |
| John Kincaid, Sr. | No. | Plaintiff's son-in-law | | X | | |
| John Kincaid, Jr. | No. | Plaintiff's grandson | | X | | |
| Regina Kincaid | No | Plaintiff's grand-daughter | | X | | |
| Laura Lewis | No | Plaintiff's grand-daughter | | X | | |

| WITNESS NAME | DEPOSITION TAKEN | SUBJECT OF INFORMATION | PROBABLE | POSSIBLE | EXPERT | RECORD CUSTODIAN |
|---|---|---|---|---|---|---|
| Bernice Pilley | No | Plaintiff's grand-daughter | | X | | |
| James Kelly Lewis | No | Laura Lewis' husband | | X | | |
| Benita Tharp | No | Plaintiff's family friend | | X | | |
| Bernice Pilley | No | Plaintiff's daughter | | | | |

Defendant reserves the right to further designate all witnesses designated by Plaintiff including all treating healthcare and medical providers. Defendant further designates all witnesses designated by Plaintiff.

Defendant further reserves the right to call undesignated, rebuttal witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence in this trial.